



## MEMORANDUM OPINION

No. 04-12-00543-CV

**IN RE** Paul and Margaret **PACE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Phylis J. Speedlin, Justice
            Steven C. Hilbig, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  October 10, 2012

DISMISSED AS MOOT

On August 24, 2012, relators filed a petition for writ of mandamus and a motion for emergency relief.  This court granted the motion for emergency relief and requested a response which was timely filed.

On September 28, 2012, relators filed an unopposed motion to dismiss the petition for writ of mandamus as moot, stating that actions taken by the probate court since the petition was filed disposed of the issues that formed the basis for the mandamus proceeding.  The motion is granted, and the petition for writ of mandamus and this original mandamus proceeding are dismissed as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2007PC3281, styled *Guardianship of A.M.P., An Incapacitated Person*, pending in the Probate Court No. 1, Bexar County, Texas, the Honorable Polly Jackson Spencer presiding.